UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                  Case No.: 18-21608-BKC-JKO
                                                                        Chapter 7

EXCELIUM MANAGEMENT, LLC

    Debtor.
_____/
SCOTT N. BROWN, AS CHAPTER 7
TRUSTEE OF THE BANKRUPTCY ESTATE OF
EXCELIUM MANAGEMENT, LLC                                                Adv. Case No.: 18-01344-JKO

    Plaintiff,
v.

DIANE SUGIMOTO, MICHAEL
CHHABRA, SUSHMA CHHABRA,
SABINA FARUQUI, NAJMUS
FARUQUI, and ASSET EQUITY
CAPITAL, INC.

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, a true and correct copy of the *Notice of Hearing on the Motion to Withdraw as counsel for Defendants, Michael Chhabra, Sushma Chhabra, Sabina Faruqui, Najmus Faruqui and Asset Equity Capital, Inc.* (ECF No. 189) was served via the Court's CM/ECF system to all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

**RICE PUGATCH ROBINSON STORFER & COHEN, PLLC**
*Attorneys for Defendants, Michael Chhabra,*
*Sushma Chhabra, Sabina Faruqui, Najmus Faruqui,*
*and Asset Equity Capital, Inc.*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone:    (954) 522-3456
Facsimile:    (954) 527-8663

By:    /s/ Riley W. Cirulnick
        RILEY W. CIRULNICK
        Florida Bar No. 0333270
        rcirulnick@rprslaw.com

6226.001