UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                      Case No.: 18-21608-BKC-JKO
                                            Chapter 7
EXCELIUM MANAGEMENT, LLC

    Debtor.
_____/
SCOTT N. BROWN, AS CHAPTER 7
TRUSTEE OF THE BANKRUPTCY ESTATE OF
EXCELIUM MANAGEMENT, LLC                    Adv. Case No.: 18-01344-JKO

    Plaintiff,
v.

DIANE SUGIMOTO, MICHAEL
CHHABRA, SUSHMA CHHABRA,
SABINA FARUQUI, NAJMUS
FARUQUI, and ASSET EQUITY
CAPITAL, INC.

    Defendants.
_____/

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW

Riley W. Cirulnick, Esq. and Rice Pugatch Robinson Storfer & Cohen, PLLC ("RPRSC") hereby file this *Notice of Withdrawal* of their *Motion to Withdraw* [D.E. 188] which was filed on January 7, 2020 and which had been set for hearing on January 22, 2020.

                                    **RICE PUGATCH ROBINSON STORFER & COHEN, PLLC**
                                    *Attorneys for Defendants, Michael Chhabra,*
                                    *Sushma Chhabra, Sabina Faruqui, Najmus Faruqui,*
                                    *and Asset Equity Capital, Inc.*
                                    101 N.E. Third Avenue, Suite 1800
                                    Fort Lauderdale, FL 33301
                                    Telephone:    (954) 522-3456
                                    Facsimile:    (954) 527-8663

                                    By: ___/s/ Riley W. Cirulnick_____
                                          RILEY W. CIRULNICK
                                          Florida Bar No. 0333270
                                          rcirulnick@rprslaw.com

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing this 21st day of January, 2020.

              <u>/s/Riley W. Cirulnick</u>
              Riley W. Cirulnick

6226.001